# KURTZMAN MATERA, P.C.
## ATTORNEYS AT LAW

ROSEMARIE E. MATERA*

OF COUNSEL
AMY BALDWIN LITTMAN*

*ADMITTED NY & NJ

664 CHESTNUT RIDGE ROAD
SPRING VALLEY, NEW YORK 10977
(845) 352-8800
FACSIMILE (845) 352-8865
E-MAIL: law@kmpclaw.com

ERIC C. KURTZMAN (1953-2005)

NEW JERSEY OFFICE

210C SUMMIT AVENUE
MONTVALE, NEW JERSEY 07645
(201) 368-0807
FACSIMILE (201) 368-9112

March 29, 2012

**Via Electronic Filing**

Honorable William F. Kuntz, II
United States District Court
Eastern District of New York
271 Cadman Plaza East
Brooklyn, New York 11201

      RE:    Simon Taub v. Chana Taub, Esther Newhouse and
                Lori Lapin Jones
                Case No. 12-cv-00525(WFK)

Dear Judge Kuntz:

      A proposed Second Stipulation to Extend Time has been filed by counsel for Appellant with the agreement of counsel for Ms. Jones. As stated in the letter of March 29, 2012, no request for this second extension was made to the undersigned as counsel for creditor, Ms. Newhouse.

      It is respectfully submitted that a stipulation requires the consent of all parties. In the absence of that consent and with the guidance of Local Civil Rule 77.1, four (4) days' notice of settlement of a proposed order would have been appropriate. The submission of a stipulation the day prior to the day the brief is currently due is a violation of, at the very least, the intent of that Rule. There can be no justifiable reason for the requesting parties to seek a second extension the day immediately preceding the already adjourned date, March 30, 2012, for Appellant's brief.

      We respectfully request that the second extension be denied.

                                        Respectfully submitted,

                                        Kurtzman Matera, P.C.

                                        Rosemarie E. Matera

REM:sak
cc:
Leo Fox, Esq. - leofoxlaw@aol.com
Ronald Friedman, Esq. - rfriedman@silvermanacampora.com
Lori Lapin Jones, Esq. - ljones@jonespllc.com
Alicia Leonhard, Esq. - alicia.m.leonhard@usdoj.gov

KURTZMAN MATERA, P.C.

Abraham Backenroth, Esq. - abackenroth@bfklaw.com
David Bellon, Esq. - david.bellon@gmail.com
David Mark, Esq. - dmark@kasowitz.com