**LEO FOX**
*ATTORNEY AT LAW*

*630 Third Avenue, New York, New York 10017*
*Tel (212) 867-9595      Fax (212) 949-1857*

April 30, 2012

**VIA ELECTRONIC FILING**

Honorable William F. Kuntz, II
United States District Court
Eastern District of New York
271 Cadman Plaza East
Brooklyn, New York 11201

        Re:    Simon Taub v. Chana Taub, Esther Newhouse, and Lori Lapin Jones
              Case No.: 12-cv-00525 (WFK)

Dear Judge Kuntz:

       I hereby enclose a Stipulation extending the time to file Appellant and Appellee briefs.

                              Respectfully Submitted,

                              *s/ Leo Fox*

                              Leo Fox

cc:     Ronald Friedman, rfriedman@silvermanacampora.com
        Lori Lapin Jones, ljones@jonespllc.com
        Alicia Leonhard, alicia.m.leonhard@usdoj.gov
        David Mark, dmark@kasowitz.com
        Abraham Backenroth, abackenroth@bfklaw.com
        David Bellon, david.bellon@gmail.com
        Rosemarie Matera, rmatera@kmpclaw.com

C:\Documents and Settings\rdn\Local Settings\Temporary Internet Files\OLK23E\Stip Extend time 4-30-12.DOC

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
In re:

    Chana Taub,

                                               Civil Action No. 12-cv-00525-WFK
                    Debtor.
------------------------------------------------------------X

Simon Taub

                    Appellant,
v.

Chana Taub,
Esther Newhouse,
Lori Lapin Jones, as Chapter 11 Trustee
of Chana Taub,

                    Appellees.
------------------------------------------------------------X

## THIRD STIPULATION TO EXTEND TIME

      **WHEREAS**, on December 20, 2011, Appellant Simon Taub filed a Notice of Appeal from Order of the United States Bankruptcy Court for the Eastern District of New York (the "Bankruptcy Court") dated December 7, 2011 denying Simon Taub's Motion to Compel Enforcement of a State Court Judgment in the bankruptcy case 08-44210 (ESS) (the "Bankruptcy Case"); and

      **WHEREAS**, on February 3, 2012, a Notice of Docketing of the Bankruptcy Appeal was filed by the Clerk of the Court for the Eastern District of New York; and

      **WHEREAS**, pursuant to Federal Rule of Bankruptcy Procedure 8009, the Appellant's brief is due 14 days after entry of the appeal on the docket, or February 17, 2012; and

      **WHEREAS**, this Court entered an Order dated February 14, 2012 extending certain deadlines whereby the Appellant's deadline to file its brief was extended to March 30, 2012, the

Appellee's deadline to file their briefs was extended to April 30, 2012, and the Appellant's deadline to file its reply brief was extended to May 23, 2012; and

**WHEREAS**, this Court entered an Order dated March 29, 2012 extending certain deadlines whereby the Appellant's deadline to file its brief was extended to May 1, 2012, the Appellee's deadline to file their briefs was extended to June 1, 2012, and the Appellant's deadline to file its reply brief was extended to June 15, 2012.

**WHEREAS**, the parties have engaged in settlement discussions and Appellant has requested from Appellee, Lori Lapin Jones, as Chapter 11 Trustee of Chana Taub, that she stipulate to an extension of time for Appellant to file his Appellate brief in light of those settlement discussions; and

**WHEREAS**, Appellee Lori Lapin Jones, as Chapter 11 Trustee of Chana Taub, has no objections to such an extension of time; it is

### THEREFORE, IT IS STIPULATED AND AGREED:

1. The time for the Appellant to file the Appellant's Brief is extended from May 1, 2012 to June 1, 2012.

2. The time for the corresponding Appellee briefs to be filed is extended to July 2, 2012; and the time for Appellant's reply brief to be filed is extended to July 16, 2012.

**[THE REMAINDER OF THIS PAGE HAS BEEN LEFT INTENTIONALLY BLANK]**

3. The agreement by the Appellee, Lori Lapin Jones, as Chapter 11 Trustee of Chana Taub, to extend the briefing schedule should be without prejudice to all of the parties' rights and remedies.

Dated: New York, New York
April 30, 2012

                                        Leo Fox, Esq.
                                        *Attorney for Simon Taub*

                                        Leo Fox, Esq.
                                        630 Third Avenue, 18th Floor
                                        New York, New York 10017
                                        Phone: (212) 867-9595

Dated: Jericho, New York
April 30, 2012

                                        SilvermanAcampora LLP
                                        *Attorneys for Appellee Lori Lapin*
                                        *Jones, the Chapter 11 Trustee of*
                                        *Chana Taub*

                                        Robert Nosek, Esq.
                                        Counsel to the Firm
                                        100 Jericho Quadrangle, Suite 300
                                        Jericho, New York 11753
                                        Phone: (516) 479-6300