**Hearing Date and Time: TBA**

David Bellon, Esq.
157-51 26th Avenue
Flushing, NY
11354 646.290.0779
david.bellon010@gmail.com

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

IN RE: CHANA TAUB,                           :            12-cv-525 (WFK)

------------------------------------------------------- X

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on 9/25/2018 the annexed motion (the **"Motion"**) was served and a hearing on the Motion will take place at a time determined by the Court once the Motion is fully briefed. See Rules The hearing will be conducted by **JUDGE WILLIAM F. KUNTZ, II** United States District Court JUDGE for the Eastern District of New York, presiding at 225 Cadman Plaza East Brooklyn, New York 11201 for an order granting the Motion For Attorney Fees.

The deadline to file any objections and responses to the Motion is 09/30/2018, at 5 p.m. (prevailing Eastern Time) (the "Objection Deadline"). Objections and responses, if any, to the Motion must be in writing, must conform to the Federal Rules of Procedure, the Local Rules of the District Court for the Eastern District of New York, and any case management orders entered in this case, setting forth the basis for the objection and the specific grounds therefore.

Dated: 9/24/2018

New York, New York

_____/s/David Bellon_____

David Bellon, Esq.
157-51 26th Avenue
Flushing, NY 11354
646.290.0779
david.bellon010@gmail.com