**ORIGINAL**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------X

IN RE: CHANA TAUB            12-cv-525 (WFK)

-------------------------------------------------X

## REPLY TO MOTION FOR ATTORNEY'S FEES

October 3, 2018

1) Today is the first day AFTER the Holiday of Sukkot. David Bellon was married to a Jewish woman so he knows that on our Holidays we are not allowed to do anything other than walk to synagogue and pray and cook and have meals. We cannot drive or ride the bus or train or use the phone or write. Therefore, he demands that I answer papers exactly during this Holiday, which is impossible for a religious person to do.

2) David Bellon Never represented me in District Court. He never filed or wrote any papers for me, so how can he demand legal fees? And he is asking Honorable Judge to be his bookkeeper.

3) District Court is not the right venue to demand legal fees. It is only for appealing Bankruptcy Orders. And this case was closed in 2015..

4) David Bellon filed papers in Bankruptcy Court, nine years after he had time to file, even though he got paid every time he came to court and I did not owe him anything; and he was DENIED.

5) David Bellon filed papers in Supreme Court, seven years after the case was closed, even though he did not represent me there and also did not ever file or write any papers for me; and he was DENIED.

Enclosed are the two DENIALS .

I am respectfully requesting for This Court to Deny David Bellon his motion in its entirety, with sanctions and with prejudice. .

Sincerely,

*Chana Taub*
Chana Taub

Enc. (Two Denials)