FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ NOV 29 2018 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------X

IN RE: CHANA TAUB

**ORDER**
12-CV-525

------------------------------------------------------------X

**WILLIAM F. KUNTZ, II, United States District Judge:**

On September 24, 2018, David Bellon, Esq. filed a notice of motion for attorneys' fees. ECF No. 17. The notice of motion referenced an annexed motion, which has not been filed on ECF. On October 5, 2018, Chana Taub, appearing *pro se*, filed a response in opposition, asking the Court to deny the motion "with sanctions and with prejudice." ECF No. 18. On October 24, 2018, Chana Taub filed an additional response, again asking the Court to deny Mr. Bellon's motion.

The Court hereby ORDERS Mr. Bellon to serve and file his motion for attorneys' fees on ECF by 5:00 P.M. on December 14, 2018, which must include the legal basis for the motion.

SO ORDERED.

s/WFK

HON. WILLIAM F. KUNTZ, II
UNITED STATES DISTRICT JUDGE

Dated: November 28, 2018
        Brooklyn, New York

1